UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TARA BATEMAN, et al.,

Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

Defendant.

CASE NO. C22-0277JLR

ORDER ON STIPULATED MOTION TO DISMISS

Before the court is the stipulated motion of Plaintiffs Tara Bateman and Brandi Bateman and Defendant Allstate Fire and Casualty Insurance Company (collectively, the "Parties") to dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Mot. (Dkt. # 7).)

Pursuant to the stipulation of the Parties, this matter is DISMISSED with prejudice and without attorneys' fees or costs to any party.

//

Dated this 20th day of May, 2022.

JAMES L. ROBART
United States District Judge